UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *George*, 7:20cv71963 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

On October 2, 2022, following entry of the Order resetting this trial for October 24, 2022, ECF No. 63, the undersigned unexpectedly suffered a tremendous personal loss that will hinder her ability to complete the extensive preparations needed to proceed with a trial on the 24th. Accordingly, the order resetting the trial in this case for October 24, 2022, ECF No. 63, is hereby vacated. The trial will go forward on February 13, 2023, as previously ordered, *see* ECF No. 59. The amended pretrial deadlines set forth in the Order dated September 23, 2022, *see id*., are reinstated, with the exception of the deadline for fact discovery on successor liability issues. Successor liability discovery remains suspended, pending resolution of the legal questions related to waiver and estoppel. Additionally, because the trial is no longer imminent, the Court will

extend the deadline for the limited deposition of Plaintiff David Elliott George to November 1, 2022.

**SO ORDERED**, on this 3rd day of October, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**