UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *David Elliott George*, 7:20cv71963 | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**PRETRIAL ORDER NO. 7**

The prolific use of demonstrative aids/exhibits by the parties in the early bellwether trials created an extraordinary amount of work for all concerned, particularly in light of the constant objections, which led to the corresponding need for meet and confers followed by almost daily rulings from the Court. This practice will not be repeated for the trial in the above-entitled case. Accordingly, by the Thursday prior to the start of the trial, the parties must exchange and confer on all demonstrative aids/exhibits to be used with fact and expert witnesses. To the extent one party objects to the other's demonstrative aid/exhibit to be used with a fact witness, it will not be used at trial. In other words, only those demonstrative aids/exhibits the parties agree to may be used with a fact witness.[1] This order does

---

[1] The Court will except expert witnesses from this rule; however, any objection to a demonstrative to be used with an expert witness must be brought to the Court's attention at least 24 hours before that expert's testimony.

not apply to demonstrative aids for opening statements and closing arguments, which will be addressed at trial by the undersigned.

**DONE and ORDERED** on this 3rd day of October, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**